UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Civil Action No. 2:20-cv-01337-RSM |
| Plaintiff, | |
| vs. | STIPULATION FOR BRIEFING SCHEDULE |
| KIRK SPERRY, and<br>SPERRY AND SONS CAPITAL INVESTMENTS, LLC, | |
| Defendants. | |

This stipulation is entered into by and among plaintiff Securities and Exchange Commission (the "Commission") and defendants Kirk Sperry and Sperry and Sons Capital Investments, LLC ("Sperry and Sons") (collectively, "the Parties") by and through their respective counsel. In support of this stipulation, the parties jointly state as follows:

1. The parties jointly filed a Notice of Partial Settlement and Request to Vacate Pretrial and Trial Dates on May 3, 2021.

2. On May 5, 2021, the Court entered Judgment as to Defendant Kirk Sperry (ECF No. 12) and Judgment as to Defendant Sperry and Sons Capital Investments, LLC

SEC v. SPERRY
STIPULATION FOR BRIEFING SCHEDULE
CASE NO. 2:20-CV-01337-RSM

1

SECURITIES AND EXCHANGE COMMISSION
44 MONTGOMERY STREET, SUITE 2800
SAN FRANCISCO, CA 94104
TELEPHONE: (415) 705-2500

(ECF No. 13) ("the Judgments"). Pursuant to Section III of the Judgments, the Court shall determine the amounts of the disgorgement and civil penalty upon motion of the Commission.

3. The Parties have made significant progress in their settlement discussions on the issue of the monetary terms and are in the final stages of negotiating a resolution.

4. The Parties have met and conferred and, to allow the Parties sufficient time to attempt to finalize a settlement, the Parties agree to the following schedule for briefing the Commission's proposed monetary remedies and entry of final judgment:

   a. The Commission shall file its motion in support of civil penalties against Kirk Sperry and disgorgement and civil penalties against Sperry and Sons no later than Friday, October 22, 2021.

   b. Defendants Kirk Sperry and Sperry and Sons shall file their opposition to that motion no later than Monday, November 8, 2021.

   c. The Commission shall file its reply brief in support of its motion no later than Friday, November 19, 2021.

5. The parties agree that the above briefing schedule will be in the best interest of the Parties and the Court, will serve the interest of judicial economy, and will conserve the resources of the Court and the Parties.

WHEREFORE, the parties hereby stipulate to briefing schedule as detailed herein.

Dated: July X, 2021

                                Respectfully submitted,


                                _____
                                Silvana Quintanilla (Conditionally
                                Admitted Pursuant to LCR 83.1(c)(2))
                                Securities and Exchange Commission
                                44 Montgomery Street, Suite 2800
                                San Francisco, CA 94104

| | |
|---|---|
| 1 | Telephone: (415) 705-2500 |
| 2 | Facsimile: (415) 705-2501 |
|   | Email: quintanillas@sec.gov |
| 3 | *Attorney for Plaintiff Securities and* |
|   | *Exchange Commission* |
| 4 | |
| 5 | |
| 6 | |
| 7 | _____ |
|   | Edward P. Weigelt, Jr., Esq. |
| 8 | Law Offices of Edward P. Weigelt, Jr. |
|   | 9222 36th Avenue SE |
| 9 | Everett, WA 98208 |
|   | *Attorney for Defendants Kirk Sperry and* |
| 10 | *Sons Capital Investments, LLC* |

**ORDER**

Upon consideration of the stipulation filed by the Parties, IT IS SO ORDERED and GRANTED that the Court enter the Stipulation for Briefing Schedule.

DATED this 16th day of July, 2021.

	RICARDO S. MARTINEZ
	CHIEF UNITED STATES DISTRICT JUDGE